AURA QUINONES, Appellant, v NEIGHBORHOOD YOUTH AND FAMILY SERVICES, INC., et al., Respondents.

Submitted September 13, 2010; decided November 30, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of KEVIN WEEMS, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Decided November 30, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

In the Matter of DEREK WILLIAMS, Appellant, v SUSAN CONNELL, Superintendent, Oneida Correctional Facility, et al., Respondents.

Submitted October 12, 2010; decided November 30, 2010

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of SEAN WILSON, Appellant, v CAROLINE KILKENNY, Respondent.

Submitted October 18, 2010; decided November 30, 2010

Motion for reargument of motion for leave to appeal denied [*see* 15 NY3d 817 (2010)].